UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ARTHUR WILMOT,<br>Petitioner<br>v.<br>J. GASTELO,<br>Respondent. | Case No. CV 16-8664-BRO (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: June 29, 2017

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE